## GREEN *v.* WOODALL *et al.*

ATKINSON, J. 1. This being a statutory proceeding for the partition by sale of land under the Civil Code of 1895, §§ 4786 and 4793 (Civil Code of 1910, §§ 5358 and 5365), the judge did not err, under the pleadings and evidence, in holding that a fair and equitable division of the lands and tenements could not be made by metes and bounds, and that a sale was necessary, nor in ordering a sale by commissioners appointed for the purpose.
*Judgment affirmed. Fish, C. J., absent. The other Justices concur.*
MARCH 14, 1911.

Partition. Before Judge Lewis. Jones superior court. February 21, 1910.

*Johnson & Johnson,* for plaintiff in error.
*R. N. Hardeman,* contra.

---

## PEARSON *v.* COURSON.

ATKINSON, J. 1. Under the pleadings and evidence there was no error in the charge as excepted to, nor in the failure to charge, as complained of in the motion for new trial.

2. The verdict was authorized by the evidence, and the discretion of the trial court in refusing a new trial will not be disturbed.
*Judgment affirmed. Fish, C. J., absent. The other Justices concur.*
MARCH 14, 1911.

Equitable petition. Before Judge Lewis. Hancock superior court. February 3, 1910.

*R. L. Merritt,* for plaintiff. *W. H. Burwell,* for defendant.